NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**KATHY A. MORRISON,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

———————————

2013-3133

———————————

Petition for review of the Merit Systems Protection Board in No. DE0842120298-I-1.

———————————

**ON MOTION**

———————————

**O R D E R**

Kathy A. Morrison moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

MORRISON V. OPM                                                                    2

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s23